United States District Court
Southern District of Texas
**ENTERED**
July 29, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| REECE BOYD DUNN, <br> (TDCJ-CID #1242154) <br> Plaintiff, <br><br> vs. <br><br> TRACY HUTTO, *et al.*, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § CIVIL ACTION H-20-2002 <br> § <br> § <br> § <br> § <br> § |

**FINAL JUDGMENT**

For the reasons stated in this Court's Memorandum and Opinion entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on _____July 29_____, 2020.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**

O:\RAO\VDG\2020\20-2002.a01.wpd